UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC WILLIAM SZAFRANSKI,

           Plaintiff,                  Case No. 20-10555

          v.                        Hon. George Caram Steeh

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.
_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION,
GRANTING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT (ECF NO. 16), AND DENYING PLAINTIFF'S
<u>MOTION FOR SUMMARY JUDGMENT (ECF NO. 13)</u>

On July 21, 2021, Magistrate Judge Anthony P. Patti issued a report

and recommendation proposing that the court grant Defendant's motion for

summary judgment and deny Plaintiff's motion for summary judgment. No

timely objections have been filed.

With respect to reports and recommendations from magistrate

judges, this court "shall make a de novo determination of those portions of

the report or specified proposed findings or recommendations to which

objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Patti's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Patti's report and recommendation (ECF No. 18) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 16) is GRANTED and Plaintiff's motion for summary judgment (ECF No. 13) is DENIED.

Dated:  August 23, 2021

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 23, 2021, by electronic and/or ordinary mail.

s/B Sauve
Deputy Clerk

---